UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PORT CITY LOGISTICS, INC., | ) | |
| | ) | |
| Plaintiff/Counter Defendant, | ) ) | |
| | ) | |
| v. | ) | CV423-271 |
| | ) | |
| CART SOURCE LLC, | ) | |
| | ) | |
| Defendant/Counter Plaintiff. | ) ) | |

## ORDER

Discovery closed in this case on April 18, 2024.  Doc. 14 at 2.  In a May 6, 2024 Joint Status Report, the parties indicated that they "seek to extend the time to complete fact discovery and depositions to June 30, 2024, thereby extending the deadline for filing motions to July 31, 2024."  Doc. 16 at 2-3.  This is a motions-driven Court.  If the parties seek relief, they must do so in a motion.  *See* Fed. R. Civ. P. 7(b)(1).  Motions for modifying an existing scheduling order must be supported by a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998).  The Court will, therefore, take no

further action on the extension request contained within the parties' status report.

**SO ORDERED**, this 7th day of May, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA